226 P.3d 1038

**STATE of Arizona**

v.

**Fabian Alexander McKENNA.**

**No. CR–09–0283–PR.**

Supreme Court of Arizona.

March 2, 2010.

ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published. pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

Justice PELANDER did not participate in the determination of this matter.

226 P.3d 1038

**STATE of Arizona, Appellee,**

v.

**Xavier Garcia ESCOBEDO, Appellant.**

**No. 1 CA–CR 08–0295.**

Court of Appeals of Arizona,
Division 1, Department A.

Feb. 16, 2010.

**DECISION ORDER**

This matter was remanded to the Court of Appeals by the Arizona Supreme Court for reconsideration in light of *State v. Soliz*, 223 Ariz. 116, 219 P.3d 1045 (2009). This matter has been considered by Presiding Judge Michael J. Brown and Judges Daniel A. Barker and Margaret H. Downie.

Because *Soliz* does not change the outcome of this matter there is no requirement for briefing with regard to the remand for reconsideration. In *Soliz*, the court found that "as long as a lesser sentence may legally be imposed for the crime alleged," and such a lesser sentence was in fact imposed, there is no error in failing to empanel a twelve-person jury. *Id.* at 120, ¶ 16, 219 P.3d at 1049. A sentence of less than thirty years was legally imposed here. Accordingly,

**IT IS ORDERED** affirming the proceedings below.